**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TWILIGHT TRANSPORT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-CV-01253 ) ) Judge John Robert Blakey |
| GENERAL MOTORS LLC, | ) ) |
| Defendant. | ) |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, this matter having come before the Court on the stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Plaintiff's claims in this litigation are dismissed with prejudice and without costs or attorney fees to any party.

This is a FINAL ORDER and closes the case.

Dated: _____

U.S. District Judge

**SO STIPULATED**:

| | |
|---|---|
| */s/ Jason G. Shanfield (w/consent)* | */s/ Robert Hugh Ellis* |
| Peter S. Lubin | Robert Hugh Ellis – *Pro Hac Vice* |
| Jason G. Shanfield | Christina C. Brunty |
| LUBIN AUSTERMUEHLE, PC | DYKEMA GOSSETT PLLC |
| 360 West Butterfield Rd, Suite 325 | 10 S. Wacker Dr., Suite 2300 |
| Elmhurst, IL 60126 | Chicago, IL 60606 |
| 630-333-0333 | (312) 627-2279 |
| peter@l-a.law | rellis@dykema.com |
| jason@l-a.law | cbrunty@dykema.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |